FILED

07 JUN -1 AM 11:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case 06cr0124-J |
| Plaintiff, ) | |
| ) | **ORDER** |
| ) | **TO EXONERATE** |
| ) | **BONDS OF THREE WITNESSES** |
| v. ) | **AND REFUND DEPOSITS TO SURETY** |
| JORGE PARRA FIERRO, ) | |
| Defendant. ) | **MATERIAL WITNESSES:** |
| ) | **JUAN FLORES-NARANJO** |
| ) | **ABELARDO GALLARDO-NARANJO** |
| ) | **CAMILO FLORES-OSORIO** |

ORDER

**IT IS ORDERED** that bonds posed with this Court and deposited with the Clerk of the Court to secure the presence of material witnesses JUAN FLORES-NARANJO, ABELARADO GALLARDO-NARANJO, and CAMILO FLORES-OSORIO, shall be exonerated and the $1,500.00 deposited with the Clerk Cashier be returned to the surety:

**FAUSTINO VILLA LOPEZ**
83393 Gemini Street, Apt. 19-C
Indio CA 92201

DATED: 6-1-07

_____
United States Judge